**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| Scott Bailey,<br><br>Plaintiff,<br><br>vs.<br><br>Metropolitan Property and Casualty Insurance Company, a Rhode Island corporation<br><br>Defendants. | Case No. 1:14-cv-00477-S-LDA<br><br>**NOTICE OF RELATED CASES** |

Pursuant to LR 9.1, Plaintiff hereby gives notice of the following related cases:

1. *Hazelbaker v. Metropolitan Property and Casualty Insurance Company*, District of Arizona, Case No. CV-13-08067-PCT-JJT;

2. *Pecic v. Metropolitan Property and Casualty Insurance Company*, District of Arizona, No. 14-cv-02426-GMS;

3. *Le v. Metropolitan Property and Casualty Insurance Company*, District of Arizona, No. 2:14-cv-02427-JJT;

4. *Vlahandreas v. Metropolitan and Casualty Insurance Company*, District of Arizona, Case No. 2:14-CV-02429-NVW; and

5. *Pelletier v. Metropolitan Property and Casualty Insurance Company*, District of Rhode Island, No. 14-cv-00476-ML-PAS.

Dated: February 9, 2015

/s/ Jeffrey C. Schreck (*w/permission*)
Jeffrey C. Schreck (#2428)
134 Brown Street
Providence, RI 02906
Telephone: (401) 421-9600
Fax: (866) 587-1527
jschreck@msn.com

BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, PC

/s/ Ty D. Frankel
Andrew S. Friedman (*Admitted Pro Hac Vice)*)
Ty D. Frankel (*Admitted Pro Hac Vice*)
2325 E. Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 274-1100
Fax: (602) 274-1199
afriedman@bffb.com
tfrankel@bffb.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing document filed through the ECF system will be electronically sent to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants on February 9th, 2015.

/s/ Karen Vanderbilt