**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| Scott Bailey,<br><br>Plaintiff,<br><br>vs.<br><br>Metropolitan Property and Casualty Insurance Company, a Rhode Island corporation<br><br>Defendants. | C No. 1:14-cv-00477-S-LDA<br><br>JOINT STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) |

Pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), Plaintiff Scott Bailey and Defendant Metropolitan Property and Casualty Insurance Company hereby stipulate and agree that the above-captioned action be and hereby is dismissed in its entirety with prejudice, and without costs or fees to either party except as otherwise resolved by the parties.

Dated: October 23, 2015

BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.

By: /s/ *Andrew S. Friedman*
Andrew S. Friedman

By: /s/ *Jeffrey C. Schreck (w/permission)*
Jeffrey C. Schreck (#2428)

Attorneys for Plaintiff Scott Bailey

Dated: October 23, 2015

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Christopher A. Parlo (w/permission)*
Christopher A. Parlo
Amanda N. Slatin
Rebecca Eisen
Attorneys for Defendant
Metropolitan Property and Casualty
Insurance Company

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing document filed through the ECF system will be electronically sent to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants on October 23, 2015.

/s/ Karen Vanderbilt